# **CERTIFICATION**

I, Douglas Buchan, hereby certify as follows:

1. I have reviewed the Complaint against Evolv Technologies Holdings, Inc. ("Evolv") and others alleging violations of the federal securities laws and have authorized its filing.

2. I did not purchase or sell securities of Evolv at the direction of counsel, or in order to participate in any private action under the federal securities laws.

3. I am willing to serve as lead plaintiff on behalf of the Class in this matter, including providing testimony at deposition and trial, if necessary.

4. My transactions in the Evolv securities that are the subject of the Complaint during the Class Period are reflected in Schedule A, attached hereto.

5. During the three-year period preceding the date on which this Certification is signed, I have sought to serve as a representative party on behalf of a class under the federal securities laws, and was not appointed, in the following action:

*Raby v. Evolv Technologies Holdings, Inc. et al.*, Case No. 1:24-cv-10761-ADB (D. Mass.)

6. Beyond my *pro rata* share of any recovery, I will not accept payment for serving as a representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses including lost wages as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Dated: 11/1/2024

Signed by:
*Douglas Buchan*
2C27B5220474464...
Douglas Buchan

1

**SCHEDULE A**
TRANSACTIONS IN
<u>EVOLVE TECHNOLOGIES HOLDINGS, INC.</u>

<u>COMMON STOCK</u>

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Sale | 08/11/2023 | -6,530.00 | 7.24 | $47,277.20 |
| Sale | 08/11/2023 | -136.00 | 7.24 | $984.65 |
| Purchase | 10/13/2023 | 11,564.00 | 3.75 | ($43,365.00) |
| Purchase | 10/13/2023 | 1,200.00 | 3.73 | ($4,476.00) |
| Purchase | 10/13/2023 | 200.00 | 3.74 | ($748.00) |
| Purchase | 10/13/2023 | 100.00 | 3.75 | ($374.99) |
| Purchase | 10/25/2023 | 6,400.00 | 4.14 | ($26,464.00) |
| Purchase | 10/25/2023 | 674.00 | 4.13 | ($2,783.55) |
| Purchase | 10/25/2023 | 99.00 | 4.13 | ($409.12) |
| Sale | 11/03/2023 | -20,237.00 | 4.36 | $88,233.32 |
| Purchase | 11/06/2023 | 31,560.00 | 4.23 | ($133,498.80) |
| Purchase | 11/06/2023 | 3,453.00 | 4.21 | ($14,537.13) |
| Purchase | 11/06/2023 | 2,480.00 | 4.22 | ($10,465.60) |
| Purchase | 11/06/2023 | 1,470.00 | 4.20 | ($6,174.00) |
| Purchase | 11/06/2023 | 510.00 | 4.23 | ($2,156.79) |
| Purchase | 11/06/2023 | 500.00 | 4.23 | ($2,112.50) |
| Purchase | 11/06/2023 | 100.00 | 4.20 | ($419.90) |
| Sale | 01/26/2024 | -8,440.00 | 4.82 | $40,680.80 |
| Sale | 01/26/2024 | -4,765.00 | 4.83 | $23,014.95 |
| Sale | 01/26/2024 | -4,550.00 | 4.81 | $21,885.50 |
| Sale | 01/26/2024 | -4,188.00 | 4.79 | $20,060.52 |
| Sale | 01/26/2024 | -3,800.00 | 4.84 | $18,392.00 |
| Sale | 01/26/2024 | -3,700.00 | 4.85 | $17,945.00 |
| Sale | 01/26/2024 | -3,210.00 | 4.78 | $15,343.80 |
| Sale | 01/26/2024 | -2,300.00 | 4.86 | $11,178.00 |
| Sale | 01/26/2024 | -2,245.00 | 4.80 | $10,776.00 |
| Sale | 01/26/2024 | -1,923.00 | 4.87 | $9,365.01 |
| Sale | 01/26/2024 | -727.00 | 4.88 | $3,547.76 |
| Sale | 01/26/2024 | -225.00 | 4.88 | $1,096.88 |
| Purchase | 02/05/2024 | 37,559.00 | 4.39 | ($164,884.01) |
| Purchase | 02/05/2024 | 4,501.00 | 4.38 | ($19,714.38) |
| Purchase | 02/05/2024 | 3,679.00 | 4.37 | ($16,077.23) |
| Purchase | 02/05/2024 | 1,750.00 | 4.36 | ($7,630.00) |
| Purchase | 02/05/2024 | 348.00 | 4.35 | ($1,513.80) |
| Purchase | 02/05/2024 | 270.00 | 4.37 | ($1,179.63) |
| Purchase | 02/05/2024 | 200.00 | 4.40 | ($879.00) |
| Purchase | 02/05/2024 | 200.00 | 4.37 | ($873.00) |
| Purchase | 02/05/2024 | 100.00 | 4.39 | ($438.50) |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 02/05/2024 | 100.00 | 4.36 | ($435.90) |
| Sale | 02/07/2024 | -48,707.00 | 4.42 | $215,284.94 |
| Purchase | 02/20/2024 | 16,329.00 | 4.71 | ($76,909.59) |
| Purchase | 02/20/2024 | 12,383.00 | 4.68 | ($57,952.44) |
| Purchase | 02/20/2024 | 2,695.00 | 4.67 | ($12,585.65) |
| Purchase | 02/20/2024 | 1,941.00 | 4.67 | ($9,062.53) |
| Purchase | 02/20/2024 | 1,900.00 | 4.65 | ($8,835.00) |
| Purchase | 02/20/2024 | 1,800.00 | 4.64 | ($8,352.00) |
| Purchase | 02/20/2024 | 1,800.00 | 4.63 | ($8,334.00) |
| Purchase | 02/20/2024 | 1,724.00 | 4.66 | ($8,033.84) |
| Purchase | 02/20/2024 | 999.00 | 4.63 | ($4,624.37) |
| Purchase | 02/20/2024 | 1,000.00 | 4.62 | ($4,619.00) |
| Purchase | 02/20/2024 | 900.00 | 4.64 | ($4,175.10) |
| Purchase | 02/20/2024 | 886.00 | 4.62 | ($4,093.32) |
| Purchase | 02/20/2024 | 700.00 | 4.70 | ($3,290.00) |
| Purchase | 02/20/2024 | 622.00 | 4.66 | ($2,897.90) |
| Purchase | 02/20/2024 | 475.00 | 4.68 | ($2,222.53) |
| Purchase | 02/20/2024 | 262.00 | 4.65 | ($1,218.04) |
| Purchase | 02/20/2024 | 100.00 | 4.67 | ($466.50) |
| Purchase | 02/20/2024 | 100.00 | 4.66 | ($465.50) |
| Purchase | 02/20/2024 | 100.00 | 4.62 | ($461.50) |
| Sale | 02/20/2024 | -39,150.00 | 4.36 | $170,694.00 |
| Sale | 02/20/2024 | -2,180.00 | 4.36 | $9,506.98 |
| Sale | 02/20/2024 | -1,989.00 | 4.37 | $8,691.93 |
| Sale | 02/20/2024 | -1,499.00 | 4.38 | $6,565.62 |
| Sale | 02/20/2024 | -1,277.00 | 4.39 | $5,606.03 |
| Sale | 02/20/2024 | -200.00 | 4.39 | $878.20 |
| Sale | 02/20/2024 | -200.00 | 4.36 | $871.00 |
| Sale | 02/20/2024 | -121.00 | 4.40 | $531.80 |
| Sale | 02/20/2024 | -100.00 | 4.37 | $436.50 |
| Purchase | 02/27/2024 | 25,212.00 | 4.66 | ($117,487.92) |
| Purchase | 02/27/2024 | 8,779.00 | 4.65 | ($40,822.35) |
| Purchase | 02/27/2024 | 4,386.00 | 4.63 | ($20,307.18) |
| Purchase | 02/27/2024 | 2,700.00 | 4.64 | ($12,528.00) |
| Purchase | 02/27/2024 | 615.00 | 4.62 | ($2,841.30) |
| Purchase | 02/27/2024 | 500.00 | 4.65 | ($2,322.50) |
| Purchase | 02/27/2024 | 480.00 | 4.65 | ($2,231.95) |
| Purchase | 02/27/2024 | 203.00 | 4.63 | ($938.88) |
| Purchase | 02/27/2024 | 160.00 | 4.64 | ($742.38) |
| Purchase | 02/27/2024 | 160.00 | 4.63 | ($740.78) |
| Purchase | 02/29/2024 | 10,438.00 | 4.85 | ($50,624.30) |