# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOUGLAS BUCHAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EVOLV TECHNOLOGIES HOLDINGS, INC., PETER GEORGE, and MARK DONOHUE,<br><br>Defendants. | Civil Action No. 1:24-cv-12768-RGS |

## NOTICE OF MOTION TO CONSOLIDATE RELATED ACTIONS AND TO VACATE LEAD PLAINTIFF DEADLINE

**PLEASE TAKE NOTICE** that on November 13, 2024, Lead Plaintiff Robert Falk ("Lead Plaintiff") filed a motion in the first-filed action, *Raby v. Evolv Technologies Holdings, Inc. et al.*, 1:24-cv-10761-ADB (D. Mass.), for an order: (1) to consolidate the above-captioned action with the *Raby* Action; and (2) to vacate or strike the December 31, 2024 lead plaintiff deadline noticed in the above-captioned action. A copy of the motion is attached hereto.

Respectfully submitted,

Dated: November 13, 2024

/s/ Daryl Andrews
**ANDREWS DEVALERIO LLP**
Glen DeValerio (BBO #122010)
Daryl Andrews (BBO #658523)
P.O. Box 67101
Chestnut Hill, MA 02467
Telephone: (617) 999-6473
Email: glen@andrewsdevalerio.com
            daryl@andrewsdevalerio.com

*Liaison Counsel for Lead Plaintiff Robert Falk and*
*Liaison Counsel for the Class*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Casey E. Sadler (admitted *pro hac vice*)
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Robert Falk and Lead*
*Counsel for the Class*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Daryl Andrews
Daryl Andrews

.

2