**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DOUGLAS BUCHAN, Individually and On Behalf of All Others Similarly Situated,<br><br><br>Plaintiff,<br><br>v.<br><br>EVOLV TECHNOLOGIES HOLDINGS, INC., PETER GEORGE, and MARK DONOHUE,<br><br><br>Defendants. | Case No. 1:24-cv-12768-RGS |

**NOTICE OF MOTION OF PLAINTIFF DOUGLAS BUCHAN TO INTERVENE FOR THE LIMITED PURPOSE OF OPPOSING THE MOTION TO CONSOLIDATE AND VACATE LEAD PLAINTIFF DEADLINE, AND TO STRIKE PORTIONS OF THE AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that on November 27, 2024, Plaintiff Douglas Buchan filed a motion in *Raby v. Evolv Technologies Holdings, Inc.*, 1:24-cv-10761-ADB (D. Mass.) ("*Raby*") for an order to allow him to intervene in *Raby* for the limited purpose of: (i) opposing the motion of Robert Falk to consolidate *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768-RGS (D. Mass.) ("*Buchan*") with *Raby* and vacate the lead plaintiff deadline in *Buchan*; and (ii) striking the allegations in the amended complaint in *Raby* that have been drawn from *Buchan*. Copies of the motion, the memorandum of law in support of the motion, and the Declaration of Theodore M. Hess-Mahan in support of the motion and accompanying exhibits are attached hereto.

Dated: November 27, 2024

Respectfully submitted,

**HUTCHINGS BARSAMIAN MANDELCORN, LLP**

*/s/ Theodore M. Hess-Mahan*
Theodore M. Hess-Mahan (BBO #557109)
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Telephone: (781) 431-2231
Facsimile: (781) 431-8726
thess-mahan@hutchingsbarsamian.com

*Local Counsel for Plaintiff Douglas Buchan*

**BLEICHMAR FONTI & AULD LLP**
Javier Bleichmar (*pro hac vice* forthcoming)
300 Park Avenue, Suite 1301
New York, New York 10022
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jbleichmar@bfalaw.com

-and-

Ross Shikowitz (*pro hac vice* forthcoming)
75 Virginia Road
White Plains, New York 10603
Telephone: (914) 265-2991
Facsimile: (212) 205-3960
rshikowitz@bfalaw.com

-and-

Adam C. McCall (*pro hac vice* forthcoming)
1330 Broadway, Suite 630
Oakland, CA 94612
Telephone: (415) 445-4003
Facsimile: (212) 205-3960
amccall@bfalaw.com

*Counsel for Plaintiff Douglas Buchan*

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 27, 2024.

**/s/Theodore M. Hess-Mahan**
Theodore M. Hess-Mahan

-2-